IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BILLY W. WILLIAMS                                                                                                    PLAINTIFF

VS.                                              CASE NO. 05-CV-1098

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY                                                              DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 16th day of January 2007.


                                                                                    /s/ Harry F. Barnes
                                                                                    Hon. Harry F. Barnes
                                                                                    United States District Judge